IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JEFFREY WAYNE MURRAY | § | |
| VS. | § | CIVIL ACTION NO. 1:03cv887 |
| DOUGLAS DRETKE | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE's REPORT AND RECOMMENDATION

Petitioner Jeffrey Wayne Murray, an inmate at the Stiles Unit, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court heretofore referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends this petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1]  A review of the docket reveals objections were filed by petitioner. However, it is noted that petitioner's objections pertained to a report entered March 2, 2005, recommending dismissal without prejudice.  The report recommending dismissal was withdrawn the same date that the report recommending denial was entered, April 7, 2005.  Petitioner's objections are dated March 8, 2005; thus, no objections were filed as to the April 7, 2005 report.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the 26 day of **May, 2005.**


Thad Heartfield
United States District Judge